```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
   UNITED STATES OF AMERICA           :

           -against-                       :           S1 19-cr-166 (VEC)

   ISAIAH MOSS,                        :           ORDER

                     Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 3, 2020, Defendant Isaiah Moss appeared for an arraignment with his attorney before magistrate judge; and

      WHEREAS the defendant having pled not guilty;

      IT IS HEREBY ORDERED THAT the parties must appear for a status conference on **Tuesday, January 7, 2020 at 11:00 a.m.** in Courtroom 443, 40 Foley Square, Thurgood Marshall United States Courthouse.

**SO ORDERED.**

**Dated: January 6, 2020**
      **New York, NY**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**