```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
 ------------------------------------------------------ X ELECTRONICALLY FILED
  UNITED STATES OF AMERICA                             : DOC #:
                                                       : DATE FILED: 1/7/2020
        -against-                                      :
                                                       :     S1 19-cr-166 (VEC)
                                                       :
  ISAIAH MOSS,                                         :        ORDER
                                                       :
                            Defendant.                 :
 ------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 7, 2020, Defendant Moss appeared for an initial conference before this Court;

IT IS HEREBY ORDERED that Defendant must appear for the status conference already scheduled for March 19, 2020, at 2:30 p.m. with co-Defendants Caban and Cray, *see* Dkt. 108.

**SO ORDERED.**

**Dated: January 7, 2020**
       **New York, NY**

_____
 **VALERIE CAPRONI**
 **United States District Judge**