

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com   t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com   t 646.375.2117   c 917.238.9332

March 5, 2020

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/5/2020__

RE: *United States v. Isaiah Moss*, 1:19-cr-00166

Dear Judge Caproni:

My name is Esere J. Onaodowan and I represent Mr. Isaiah Moss in the above referenced matter. Mr. Moss is currently detained in the Metropolitan Correctional Center (MCC). Mr. Moss has been detained at MCC since January 3, 2020. I am writing to request Your Honor's permission to file a letter under seal that discusses sensitive information about my client's medical condition.

I have conferred with the Government and the Government has no objection to my request to file a sealed letter discussing my client's medical condition. Accordingly, Your Honor's immediate attention is appreciated.

Respectfully submitted,

Esere J. Onaodowan, Esq.

Attachment

CC via email: Jamie Bagliebter

Application GRANTED.

SO ORDERED.

3/5/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE