

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.375.2119    c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.375.2117    c 917.238.9332

March 22, 2020

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   3/23/2020

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

RE:   *United States v. Isaiah Moss,* 1:19-cr-00166

Dear Judge Caproni:

My name is Esere J. Onaodowan and I represent Mr. Isaiah Moss in the above referenced matter. Mr. Moss is currently detained in the Metropolitan Correctional Center (MCC). Mr. Moss has been detained at MCC since January 3, 2020. I am writing to request Your Honor's permission to file a letter motion under seal that discusses sensitive information about my client's medical condition and seeks relief from the Court.

Respectfully submitted,

Esere J. Onaodowan, Esq.

Attachment

CC via email:  Jamie Bagliebter

Application GRANTED.

SO ORDERED.

*[signature]*
3/23/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE