

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.375.2117   c 917.238.9332

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/9/2020
```

April 8, 2020

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      **RE:**   **United States v. Isaiah Moss,** 1:19-cr-00166

Dear Judge Caproni:

    I represent Isaiah Moss in the above referenced matter. Pursuant to Mr. Moss's temporary release conditions as set forth in Document #154, we are in the final stages of organizing the two financially responsible co-signers. I write to respectfully request a one week extension of time until April 15, 2020 to secure the signatures of the two financially responsible co-signers to the bond.

    I have spoken with the Government and the Government has consented to my request. Accordingly, Your Honor's immediate attention is greatly appreciated.

                              Respectfully submitted,

                              Esere J. Onaodowan, Esq.

CC via email:  Jamie Bagliebter

                            Application GRANTED.

                            SO ORDERED.

                            4/8/2020

                            HON. VALERIE CAPRONI
                            UNITED STATES DISTRICT JUDGE