```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

19-cr-166 (VEC)

ISAIAH MOSS,

ORDER

                            Defendant.

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 30, 2020, the Court entered a Temporary Release Order granting Mr. Moss's application for temporary release during the COVID-19 pandemic (Dkt. 156);

       WHEREAS paragraph 4 of the Temporary Release Order requires weekly status updates from defense counsel;

       IT IS HEREBY ORDERED that paragraph 4 of the Temporary Release Order is stricken. Defense counsel is no longer required to send status updates to the Court.

**SO ORDERED.**

**Dated: June 19, 2020**
       **New York, NY**

                                                          _____
                                                            **VALERIE CAPRONI**
                                                           **United States District Judge**