

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com
t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com
t 646.375.2117   c 917.238.9332

December 2, 2020

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York, Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**RE:   *United States v. Isaiah Moss*, 1:19-cr-00166**

Dear Judge Caproni:

    This letter is submitted on behalf of Isaiah Moss as an application to modify Mr. Moss's temporary release conditions to permit him to have and use a mobile phone. Mr. Moss is currently on home incarceration, with restrictions that prevent him from using electronic devices with internet access. Currently, anyone that wants to speak with Mr. Moss must call his uncle's mobile phone. Given his uncle's work and personal schedules, communicating with my client has been incredibly challenging.

    Mr. Moss is requesting permission to purchase a prepaid mobile phone. The prepaid mobile phone will have no internet capabilities, and its usage will be monitored by pretrial services. The phone will only be able to call and text. Mr. Moss will only be allowed to use the phone to communicate with six approved telephone contacts. The specific phone numbers for the list of approved contacts will be furnished to the Government and Pre-trial services. The contacts are:

1. Esere J. Onaodowan, Esq. – Defense Counsel
2. John Moscato – Pretrial Services
3. Gwendolyn Moss – Mother
4. Timothy Harrison – Maternal Uncle
5. Medical Doctor and Medical Facility
6. Pharmacy

    I have conferred with his pre-trial officer and his pre-trial officer has no objection. I have conferred with the Government and the Government has no objection to this request.

Respectfully submitted,

Esere J. Onaodowan, Esq.

CC via email: AUSA Jamie Bagliebter
CC via email: Pre-trial Officer John Moscato

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020

Application GRANTED.

SO ORDERED.

*Valerie Caproni*
12/2/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE