USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA       :

       -against-                    :       19-CR-166 (VEC)

                                :       <u>ORDER</u>

   ISAIAH MOSS,                    :

                  Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Defendant Isaiah Moss has requested that the Court schedule a change-of-plea hearing; and

      WHEREAS per defense counsel, Defendant has waived his in-person appearance and requested that the Court conduct a remote hearing;

      IT IS HEREBY ORDERED that change-of-plea hearing is scheduled for **February 10, 2021, at 3:00 p.m.** to occur as a video conference using Skype. A link to appear by video will be sent to counsel directly. The public dial-in number is 1-917-933-2166, ID# 579558143. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

      If Skype video does not work well enough and the Court decides to transition to its teleconference line, counsel should call (888) 363-4749 // Access code: 3121171# // Security code: 0166#.

**SO ORDERED.**

**Date: February 1, 2021**                                  _____
**New York, NY**                                              **VALERIE CAPRONI**
                                                              **United States District Judge**