USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,  :
                                                                            :
                          -against-                          :                    19-CR-166 (VEC)
                                                                            :
ISAIAH MOSS,                                              :                    ORDER
                                                                            :
                                          Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 10, 2021, the parties appeared before the Court for a change-of-plea hearing;

WHEREAS at the February 10, 2021 hearing, Defendant pled guilty to a lesser included offense of the crime charged in Count Two of the Indictment; and

WHEREAS the Court accepted Defendant's guilty plea;

IT IS HEREBY ORDERED that sentencing is scheduled for **May 24, 2021, at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.  Sentencing submissions from both sides are due not later than **May 10, 2021**.


**SO ORDERED.**

**Dated: February 10, 2021**
         **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**