USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
:
-against- : 19-CR-166 (VEC)
:
: ORDER
ISAIAH MOSS, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 25, 2021, the Court sentenced Defendant to seven years' imprisonment and instructed Defendant to voluntarily surrender on July 7, 2021 (Dkt. 290);

WHEREAS the Court instructed defense counsel to notify the Court if the Bureau of Prisons ("BOP") had not yet designated Mr. Moss to a specific facility in advance of his surrender date; and

WHEREAS on July 5, 2021, defense counsel notified the Court that, as of counsel's writing, BOP had not designated Mr. Moss to a particular facility (Dkt. 294);

IT IS HEREBY ORDERED that Mr. Moss's surrender date is ADJOURNED to **August 6, 2021**.

IT IS FURTHER ORDERED that the Government is instructed to inquire of BOP about the status of Mr. Moss's designation and to file a letter with the Court reporting on when BOP expects designation to occur.

**SO ORDERED.**

Date: July 6, 2021
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**