

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2021

August 24, 2021

**BY ECF AND EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Isaiah Moss*, 19 Cr. 166 (VEC)

Dear Judge Caproni:

    The Government writes to respectfully withdraw its motion for forfeiture of the defendant's bail bond, *see* Doc. No. 303, for the reasons set forth below.

    On August 12, 2021, the Government moved to forfeit the defendant's bail bond because the defendant absconded from pretrial supervision on July 20, 2021, and failed to surrender on August 6, 2021, for service of the 84-month sentence the Court previously imposed. On August 13, 2021, the Clerk of Court served copies of the Government's motion, all supporting submissions, and the Court's order to show cause on the defendant's two sureties at their last known addresses, as required under Rule 46(f).

    As the Government understands it, one of the defendant's sureties (his sister) received notice of the Government's motion to forfeit the defendant's bond and, thereafter, took affirmative steps to help persuade the defendant to surrender. On August 20, 2021, the defendant surrendered to the United States Marshal Service at 500 Pearl Street. The defendant was charged by complaint with bail jumping, in violation of 18 U.S.C. §§ 3146(a)(2) & (b)(1)(A)(i), and detained on consent.

    Because the defendant's sister promptly and successfully persuaded the defendant to surrender, the Government submits that the purpose of its motion has been served. *Cf.* Fed. R. Crim. P. 46(f)(2)(A) ("The court may set aside in whole or in part a bail forfeiture upon any condition the court may impose if…the surety later surrenders into custody the person released on the surety's appearance bond[.]").

Hon. Valerie E. Carponi                                                                                                 Page 2
August 24, 2021

                                                      Respectfully submitted,

                                                      AUDREY STRAUSS
                                                      United States Attorney for the
                                                      Southern District of New York

                                         By: _____
                                                      Justin V. Rodriguez
                                                      Assistant United States Attorney
                                                      (212) 637-2591

cc:    Counsel of Record (by ECF)
       Clay Kaminsky, Esq. (by email)

---

Application GRANTED.  The Government's request to withdraw its motion for forfeiture is granted.  The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 303 and 311.  The September 2, 2021 bond hearing is CANCELED.  The Clerk of Court is respectfully directed to mail a copy of this order to Defendant's two sureties at their last known addresses.

SO ORDERED.

*[signature]*
                     8/24/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE