UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/29/2025

UNITED STATES OF AMERICA,

-against-

ISAIAH MOSS,

Defendant.

19-CR-166-8 (VEC)

ORDER TO ANSWER, 18 U.S.C. §
3582(c)(1)(A)

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant Isaiah Moss mailed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) to Chambers;

WHEREAS Defendant did not request that his motion be filed under seal, but the motion references Defendant's medical conditions, which the parties have previously redacted;

WHEREAS the Court finds that the interest in protecting the privacy of Defendant's medical conditions outweighs the presumption of judicial access to the motion, *see United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (citing *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006)), and the Court has applied limited redactions pertaining to Defendant's medical conditions; and

WHEREAS the Court concludes that the motion should not be summarily dismissed as being without merit;

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

IT IS FURTHER ORDERED that by not later **Friday, October 10, 2025**, the U.S. Attorney's Office must file a response to the motion.  The Government must serve Defendant at the below-referenced address and file proof of service on the docket by not later than **Tuesday,**

2

**October 14, 2025**.  Defendant's deadline to file a reply in further support of his motion is

**Friday, November 21, 2025**.  Absent further order, the motion will be considered fully

submitted as of that date.

IT IS FURTHER ORDERED that an unredacted version of Defendant's motion shall be

filed under seal and provided to the Government.  A redacted version of Defendant's motion shall

be filed on the public docket.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a

copy of this order to Mr. Isaiah Moss, Reg. No. 87627-054, at FMC Devens, Federal Medical

Center, P.O. Box 879, Ayer, MA 01432, and to note the mailing on the docket.

SO ORDERED.

Dated:    July 29, 2025
          New York, New York

_____
          VALERIE CAPRONI
        United States District Judge