USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

ISAIAH MOSS,

        Defendant.

19-CR-166 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 17, 2025, Defendant moved for compassionate release, *see* Dkt. 524;

    WHEREAS on July 29, 2025, the Court ordered the Government to answer, *see* Order, Dkt. 525;

    WHEREAS on October 10, 2025, the Government opposed Defendant's motion, filing its response with redactions and Defendant's medical records under seal, *see* Dkt. 529;

    WHEREAS Rule 3.A of the Undersigned's Individual Practices in Criminal Cases requires a party seeking to file a submission in redacted form or under seal to file a letter requesting the redactions and sealing, indicating whether the adverse party consents, and explaining why redactions or sealing are appropriate, in light of the presumption of access to the federal courts; and

    WHEREAS the Government did not file its letter request on the docket;

    IT IS HEREBY ORDERED that by **Tuesday, November 4, 2025**, the Government must file a letter request that conforms with the Court's sealing procedures.

1

      IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this order to Mr. Isaiah Moss, Reg. No. 87627-054, at FMC Devens, Federal Medical Center, P.O. Box 879, Ayer, MA 01432, and to note the mailing on the docket.

SO ORDERED.

Dated:   October 14, 2025
           New York, New York

                                              VALERIE CAPRONI
                                              United States District Judge